# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

1. August Wakat, individually and;
2. Estella Wakat-Aikins
   **Plaintiff,**

   v.

3. Trisha Shafer,
4. Anthony Vargas,
5. Wendy-Ojeda Hunter, and
6. John Paul Hopkins and et al.;
   **Defendants.**

Case : _____

**JURY TRIAL DEMANDED**

United States Courts
Southern District of Texas
F I L E D

JUL 0 3 2025

Nathan Ochsner, Clerk of Court

## COMPLAINT

## I. NATURE OF THE ACTION

7. Plaintiffs bring this action under **28 U.S.C. § 1332** (diversity jurisdiction), **42 U.S.C. § 1983**, and **18 U.S.C. § 242** to remedy a conspiracy under color of law that deprived them of their due-process rights and extorted their real property.

8. Defendants, aided by Judge Matt Masden of Justice Court Precinct 5, knowingly permitted unlicensed persons to appear on behalf of Plaintiff Estella Wakat-Aikins in state-court causes EV3488 and EV3505, thereby preventing Plaintiffs from selling property valued at **$600,000**.

## II. JURISDICTION AND VENUE

9. **Diversity jurisdiction** exists under 28 U.S.C. § 1332 because:

10. Plaintiff August Wakat is a citizen of Colorado.

11. Plaintiff Estella Wakat-Aikins is a citizen of Texas.

12. All Defendants are citizens of Texas.

13. **Venue** is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in Montgomery County, Texas.

14. III. PARTIES

15. **August Wakat** resides in Trinidad, Colorado.

16. **Estella Wakat-Aikins** resides at 4000 Pamela Way, Montgomery, Texas 77361.

17. **Trisha Shafer** resides at 4000 Pamela Way, Montgomery, Texas 77361.

18. **Anthony Vargas** resides at 4000 Pamela Way, Montgomery, Texas 77361.

19. **Wendy Ojeda-Hunter** resides at 118 West Pauline Street, Conroe, Texas 77301.

20. **John Paul Hopkins** resides at 118 West Pauline Street, Conroe, Texas 77301.

## IV. FACTUAL ALLEGATIONS

21. On June 25, 2025, Plaintiffs filed causes EV3488 and EV3505 in Justice Court Precinct 5 to protect their real property interests.

22. Judge Matt Masden, acting under color of law, knowingly allowed Defendants Shafer and Vargas—who hold no Texas law license—to appear as counsel for Plaintiff Estella Wakat-Aikins by agreement (Exhibit A).

23. Defendants Ojeda-Hunter and Hopkins, at the direction of Judge Masden, issued notices and citations to further this scheme.

24. As a result, Plaintiffs were prevented from selling their property—worth **$600,000**—and Defendants conspired to extort their land for personal gain.

## V. CLAIM FOR RELIEF

### Count I: Deprivation of Rights Under Color of Law

25. Plaintiffs reallege paragraphs 1–14.

26. Defendants, acting under state authority, deprived Plaintiffs of due process and equal protection by permitting unlicensed court appearances and conspiring to extort their property.

27. These actions violate **42 U.S.C. § 1983** and constitute a criminal deprivation of rights under **18 U.S.C. § 242**.

28. Plaintiffs seek actual damages of **$600,000**, treble damages under § 242, and punitive damages.

**COMPLAINT**

## VI. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that this Court:

29. Award **$600,000** in **actual compensatory damages**;

30. Award **treble damages** pursuant to **18 U.S.C. § 242**;

31. Award **punitive damages** under **42 U.S.C. § 1983**;

32. Award **costs, pre-judgment and post-judgment interest**, and **attorneys' fees**; and

33. Grant any other relief the Court deems just and proper.

**Respectfully submitted,**

August Wakat and;

*By Phone*

Estella Wakat Aikins, Plaintiff Pro Se
4000 Pamela Way
Montgomery, TX 77316
Phone: (719) 680-1335
Email: elroi81082@gmail.com

Date: June 30, 2025          Total pages including exhibits 37.

34. **ENCLOSURES : Exhibit A**: Filing of record in Cause No. EV3488 and EV3505 (33 pages)

### CERTIFICATE OF MAILING

I hereby certify that on the 30 day of June, 2025, I placed a true and correct copy of the foregoing Certificate of Service, **COMPLAINT** United States Mail, **Certified Mail No.** _____ first-class postage prepaid; sent an electronic copy by email to counsel of record at their email addresses on file; and filed the original with the Clerk of the Court. Service was made to the following:

35. Justice of the Peace Precinct 5, Court Clerk of the Court, 19100 Park Drive Magnolia, Texas 77355, (281) 259-6494, Email : jp5@mctx.org Filing in Cause No. EV3488 and EV3505

36. Trisha Wakat, and Anthony Vargas 4000 Pamela Way, Montgomery, Texas 77316

37. Wendy Ojeda- Hunter and John Paul Hopkins 118 West pauline Street,Conroe, Texas 77301

38. United States District Court of Southern District, 515 Rusk Avenue Houston, Texas 77002

Respectfully Submitted

August Wakat

**COMPLAINT**

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**AUGUST WAKAT,**
Individually, and
**ESTELLA WAKAT-AIKINS,**
Individually,
                    Plaintiffs,

v.

**TRISHA SHAFER,**
**ANTHONY VARGAS,**
**WENDY OJEDA-HUNTER, and**
**JOHN PAUL HOPKINS,**
                    Defendants.

**Case No. _____**
**JURY TRIAL DEMANDED**

**EXHIBIT A**
Filing of record in Cause No. EV3488 and EV3505 (33 pages)

**DESCRIPTION:**
This exhibit consists of the complete filings of record in Justice Court Precinct 5, Montgomery County, Texas, Cause Nos. EV3488 and EV3505, comprising thirty-three (33) pages.

**PRODUCED BY:**
August Wakat, Plaintiff Pro Se

**DATE: June 30, 2025**

**COMPLAINT**