United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUGUST WAKAT, *et al.*, § | |
|     Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-03200 |
| § | |
| TRISHA SHAFER, *et al.*, § | |
|     Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 16, 2025, an Initial Conference was set before Magistrate Judge Peter Bray in this matter. (Dkt. 12). Judge Bray ordered the Plaintiffs to serve the Defendants by November 17, 2025. (Dkt. 13). Plaintiffs failed to do so, and Judge Bray filed a *Memorandum and Recommendation* on December 5, 2025, recommending that Plaintiffs' complaint be dismissed for failure to serve the defendants. (Dkt. 15).

No objections have been filed to *the Memorandum and Recommendation*. Accordingly, the Court reviews *the Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's *Memorandum and Recommendation* (Dkt. 15) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) this matter is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Signed at Houston, Texas on January 27, 2026.

*George C. Hanks Jr*
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE